PROB 12C
(6/16)

Report Date: November 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alonzo Emitt Montoya    Case Number: 0980 2:17CR00110-WFN-1

Address of Offender:    Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 13, 2017

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), and 4082(a) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 5, 2020) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: May 8, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 7, 2022 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #2** : After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must repot to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Montoya allegedly violated standard condition #2 by failing to report as directed telephonically to the undersigned officer on November 17, 2020.  In addition, he failed to report for a 9 a.m. telephonic meeting on November 18, 2020.

On May 13, 2020, Mr. Montoya was emailed a copy of his Court ordered conditions. The undersigned and the offender reviewed the conditions with his case manager present. Mr. Montoya received a copy and indicated he understood his conditions in full.

On November 16, 2020, Mr. Montoya was directed to contact the undersigned officer when he left the District of Alaska and immediately upon his return to the Eastern District of Washington (ED/WA). The undersigned officer instructed him to call and verify his whereabouts when he returned to the  ED/WA. In addition, he was instructed to call the undersigned officer on November 18, 2020, at 9 a.m. to receive further instructions.

Mr. Montoya returned to the ED/WA on November 17, 2020, and failed to call as instructed. Instead of reporting his whereabouts, Mr. Montoya began to lie about his current location. He was reminded numerous times to report to the undersigned telephonically at 9 a.m. the following day or it would be considered a missed meeting.

Mr. Montoya failed to report for the 9 a.m. telephonic meeting on November 18, 2020. He failed to follow the instructions of the probation officer regarding how and when he must report.

2  **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence:** On November 17, 2020, Mr. Montoya was allegedly in violation of standard condition #4 by failing to be truthful regarding his whereabouts while on supervised release.

On May 13, 2020, Mr. Montoya was emailed a copy of his Court ordered conditions. The undersigned and the offender reviewed the conditions with his case manager present. Mr. Montoya received a copy and indicated he understood his conditions in full.

On November 17, 2020, Mr. Montoya's sister confirmed she had walked him to the Seattle, Washington, terminal so that Mr. Montoya could board his connecting plane to Spokane, Washington. She stated his flight would have him arriving in Spokane on November 17, 2020, at 3:30 p.m.

Mr. Montoya was directed to call the undersigned officer once his plane arrived at 3:30 p.m. in Spokane. Mr. Montoya texted the undersigned back and reported he was still in the District of Alaska. The undersigned informed Mr. Montoya that his sister had already stated she flew with him from Alaska and walked him to the Seattle terminal so he could return to Spokane. Mr. Montoya then changed his story indicating he was stuck in the Seattle airport terminal.

On November 18, 2020, Mr. Montoya's mother called the undersigned officer and reported his flight landed on time and he had been in Spokane "since yesterday." She stated he lied because he did not want to submit to a urinalysis due to using methamphetamine a few days prior.

3  **Special Condition #5**: You must abstain from the uses of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Montoya allegedly violated special condition #5 by using methamphetamine on or about November 15, 2020.

On May 13, 2020, Mr. Montoya was emailed a copy of his Court ordered conditions. The undersigned and the offender reviewed the conditions with his case manager present. Mr. Montoya received a copy and indicated he understood his conditions in full.

Prob12C
Re: Montoya, Alonzo Emitt
November 18, 2020
Page 3

|   |   |
|---|---|
|   | On November 16, 2020, Mr. Montoya's sister stated that Mr. Montoya had been "acting very strange" the night before and was awake all night. On November 18, 2020, Mr. Montoya's mother reported he had disclosed his use of methamphetamine while in the District of Alaska. |
|   | Mr. Montoya called the undersigned officer and reported he left his sister's residence in the District of Alaska and walked to a gas station down the road. He then got a ride from a stranger back to his sister's house and he asked the stranger if he had any "dope." The stranger said he did and Mr. Montoya reported using methamphetamine that night. |
| 4 | **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale, You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|   | **Supporting Evidence:** Mr. Montoya allegedly violated special condition #6 by consuming alcohol on or about November 15, 2020. |
|   | On May 13, 2020, Mr. Montoya was emailed a copy of his Court ordered conditions. The undersigned and the offender reviewed the conditions with his case manager present. Mr. Montoya received a copy and indicated he understood his conditions in full. |
|   | During a conversation with Mr. Montoya, he disclosed consuming alcohol the same day he decided to use methamphetamine. This was on or about November 15, 2020. |

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/18/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/19/2020
Date