PROB 12C
(6/16)

Report Date:  November 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alonzo Emitt Montoya           Case Number: 0980 2:17CR00110-WFN-1

Address of Offender:                              Spokane Valley, Washington  99016

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 13, 2017

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), and 4082(a) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 5, 2020) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: May 8, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 7, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/18/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must abstain from the uses of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** On November 18, 2020, Mr. Montoya was allegedly in direct violation of special condition #5 by failing to submit to urinalysis testing as directed.

On May 13, 2020, Mr. Montoya was emailed a copy of his Court ordered conditions. The undersigned and the offender reviewed the conditions with his case manager present. Mr. Montoya received a copy and indicated he understood his conditions in full.

On November 18, 2020, Mr. Montoya called the undersigned officer and reported he was "under the influence." He was directed to supply a urine sample at Pioneer Human Services (PHS) before 5 p.m. that same day.

**Prob12C**
**Re: Montoya, Alonzo Emitt**
**November 23, 2020**
**Page 2**

On November 19, 2020, the undersigned officer was informed by PHS staff that Mr. Montoya failed to report for his required urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/23/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

11/23/2020

Date